**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.   8:03CR163** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **JORGE A. ARONJA-INDA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for reconsideration of the Court's previous order summarily denying his Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Filing No. 138).

IT IS ORDERED that the Defendant's motion to reconsider (Filing No. 138) is denied.

DATED this 16ʰ day of July, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge