IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:03CR163 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| JORGE ARONJA-INDA, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's objection to the retroactive sentencing worksheet and request for leave to submit briefs (Filing No. 151).

The Defendant filed a motion to reduce his sentence pursuant to amendment 706 to the sentencing guidelines as they regarding crack cocaine. (Filing No. 145.) Counsel was appointed, and the probation office prepared a retroactive sentencing worksheet, to which the Defendant objects. Defense counsel asks for leave to brief the issues. The request for leave to submit briefs is granted.

IT IS ORDERED:

1. The Defendant's request for leave to submit briefs (Filing No. 151) is granted;

2. The Clerk is directed to leave the Defendant's objection to the retroactive sentencing worksheet (Filing No. 151) on the docket as a pending motion;

3. The Defendant shall file his brief in support of the Defendant's motion to reduce his sentence on or before May 9, 2008;

4. The government may file a brief on or before June 9, 2008; and

5. The Defendant may file a reply brief on or before June 19, 2008.

DATED this 7th day of April, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge