## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:03CR163** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JORGE A. ARONJA-INDA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's motion to continue its briefing deadline (Filing No. 154). Defense counsel has no objection to the request. (Filing No. 154.)

The government requests a continuance until June 16, 2008, to file its response brief with respect to the crack cocaine issue.

IT IS ORDERED:

1. The government's motion to continue its briefing deadline (Filing No. 154) is granted;

2. The government must submit its response brief on or before June 16, 2008; and

3. The Defendant's reply brief must be filed on or before June 26, 2008.

DATED this 10th day of June, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:03CR163** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **JORGE A. ARONJA-INDA,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's motion to continue its briefing deadline (Filing No. 154). Defense counsel has no objection to the request. (Filing No. 154.)

The government requests a continuance until June 16, 2008, to file its response brief with respect to the crack cocaine issue.

IT IS ORDERED:

1. The government's motion to continue its briefing deadline (Filing No. 154) is granted;

2. The government must submit its response brief on or before June 16, 2008; and

3. The Defendant's reply brief must be filed on or before June 26, 2008.

DATED this 10th day of June, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:03CR163** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **JORGE A. ARONJA-INDA,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's motion to continue its briefing deadline (Filing No. 154). Defense counsel has no objection to the request. (Filing No. 154.)

The government requests a continuance until June 16, 2008, to file its response brief with respect to the crack cocaine issue.

IT IS ORDERED:

1. The government's motion to continue its briefing deadline (Filing No. 154) is granted;

2. The government must submit its response brief on or before June 16, 2008; and

3. The Defendant's reply brief must be filed on or before June 26, 2008.

DATED this 10th day of June, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge