# UNITED STATES DISTRICT COURT
## for the

District of Nebraska

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Jorge A. Aronja-Inda | ) Case No: 8:03CR163 |
| | ) USM No: 18626-047 |
| | ) |
| Date of Original Judgment: 01/05/2004 | ) |
| Date of Previous Amended Judgment: 10/07/2008 | ) Karen M. Shanahan |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   262   months **is reduced to**   210   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   01/05/2004   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   01/12/2016

*Judge's signature*

Effective Date:

Laurie Smith Camp, Chief U.S. District Judge

*(if different from order date)*          *Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Jorge A. Aronja-Inda

CASE NUMBER: 8:03CR163

DISTRICT: District of Nebraska

## I.  COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level:  40                     Amended Total Offense Level:  36
Criminal History Category:  II                        Criminal History Category:  II
Previous Guideline Range:  324  to  405  months       Amended Guideline Range:  210  to  262  months

## II.  SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

[✓] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] The reduced sentence is above the amended guideline range.

## III.  ADDITIONAL COMMENTS

The Defendant's pro se Motion to Reduce Sentence  - USSC Amendment (Filing No. 210) is granted, the Defendant's Unopposed Motion to Reduce Sentence  - USSC Amendment (Filing No. 217) is granted; and the parties' Stipulation regarding the Unopposed Motion to Reduce Sentence  - USSC Amendment (Filing No. 218) is approved.